```
                                                           FILED
                                                        May 25, 2010
         UNITED STATES DISTRICT COURT FOR THE        CLERK, US DISTRICT COURT
                                                      EASTERN DISTRICT OF
              EASTERN DISTRICT OF CALIFORNIA               CALIFORNIA
                                                          DEPUTY CLERK
```

UNITED STATES OF AMERICA, )
) Case No. 2:10-CR-0192-JAM
        Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
BRANDON SAVALOJA, )
)
        Defendant. )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>BRANDON SAVALOJA</u>, Case No. <u>2:10-CR-0192-JAM</u>, Charge <u>Title 18 USC §§ 846, 841(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

*D^n)* ☒     Release on Personal Recognizance

    ☒     Bail Posted in the Sum of $ <u>50,000°°</u>

        ☒     Unsecured Appearance Bond *co-signed by mother & grandparents.*

        __     Appearance Bond with 10% Deposit

        __     Appearance Bond with Surety

        __     Corporate Surety Bail Bond

        ☒     (Other) <u>Pretrial Services Supervision of Conditions.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released". *U.S. Marshal's directed to deliver defendant to Pretrial Services on 5/26/10 @ 8:30 a.m. for release to Pretrial Services officer for transport to the effort.*

Issued at <u>Sacramento, CA</u> on <u>May 25, 2010</u> at <u>2:55</u> pm.

                By    /s/ Dale A. Drozd
                      Dale A. Drozd
                      United States Magistrate Judge