**FILED**
October 19, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> BRANDON SAVALOJA, ) <br> ) <br> Defendant. ) | Case No. 2:10-CR-00192-JAM-2 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>BRANDON SAVALOJA</u>, Case No. <u>2:10-CR-00192-JAM-2</u>, Charge <u>Title 18 USC § 846</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    ✔  Bail Posted in the Sum of $ <u>50,000 (co-signed)</u>

        ✔  Unsecured Appearance Bond

        __  Appearance Bond with 10% Deposit

        __  Appearance Bond with Surety

        __  Corporate Surety Bail Bond

        ✔  (Other)   <u>Pretrial Services Supervision of condition</u>

<u>AND Release to occur to Pretrial Services Officer on 10/20/10 by 9:30 a.m.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>October 19, 2010</u> at <u>2:50 pm</u>.

By   *[signature]*
      Dale A. Drozd
      United States Magistrate Judge