**DINA L. SANTOS**
A Professional Law Corporation
State Bar No. 204200
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for defendant:
BRANDON SAVALOJA

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | CRS 10-192 JAM |
| ) | |
| Plaintiff, ) | (AMENDED) |
| ) | WAIVER OF DEFENDANT'S |
| v. ) | PRESENCE AND ORDER |
| ) | |
| **BRANDON SAVALOJA** ) | |
| ) | |
| Defendant ) | |
| ) | |
| _____ ) | |

    The defendant, BRANDON SAVALOJA, is presently participating in a residential drug treatment program located at THE EFFORT REHABILITATION FACILITY. Mr. Savaloja has only been in the program for approximately one month and does not want to miss any of his counseling sessions or group sessions unless absolutely necessary. Mr. Savaloja has requested that counsel waive his appearance whenever possible.

    The defendant, BRANDON SAVALOJA, hereby waives his right to be present in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of a jury and imposition of sentence. Defendant hereby request the court to proceed during every

1 absence of his which the court may permit pursuant to this waiver; agrees that his interest will be
2 deemed represented at all times by the presence of her attorney, the same as if the defendant were
3 personally present; and further agrees to be present in court ready for trial any day and hour the
4 court may fix in his absence.

6     Defendant further acknowledges that she he been informed of his rights under Title 18
7 U.S.C. Section 3161 - 3174 (Speedy Trial Act), and has authorized his attorney to set times and
8 delays under the provisions of that Act without defendant being present.

Dated: November 15, 2010            /s/ Dina L. Santos for
BRANDON SAVALOJA
Client

Dated: November 15, 2010            /s/ Dina L. Santos
DINA L. SANTOS
Attorney for
BRANDON SAVALOJA

## ORDER

It is so ordered.

Dated: November 15, 2010            /s/ John A. Mendez
Hon. John A. Mendez
U.S. District Court Judge