```
                                                              FILED
                                                         January 4, 2011
         UNITED STATES DISTRICT COURT FOR THE          CLERK, US DISTRICT COURT
                                                        EASTERN DISTRICT OF
             EASTERN DISTRICT OF CALIFORNIA                 CALIFORNIA
                                                            DEPUTY CLERK
```

UNITED STATES OF AMERICA,           )
                                    )    Case No. CR.S-10-0192-JAM
       Plaintiff,           )
v.                                  )
                                    )    ORDER FOR RELEASE OF
BRANDON SAVALOJA,                   )    PERSON IN CUSTODY
                                    )
       Defendant.           )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release BRANDON SAVALOJA, Case No. CR.S-10-0192-JAM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __X__   Release to Investigator Fred Scoville

   ____   Bail Posted in the Sum of: $ _____

          ___Co-Signed Unsecured Appearance Bond

   __X__   (Other) <u>Conditions as stated on the record.</u>

   __X__   (Other) <u>The Defendant is ordered to be released on 01/07/11 at 12:00 p.m. to Investigator Fred Scoville. The Defendant is further ordered to report back to the jail no later than 4:00 p.m. on 01/08/11.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>01-04-11</u> at <u>2:25 p.m.</u>

By _____
   Edmund F. Brennan
   United States Magistrate Judge