```
FILED
March 04, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,  )<br>v.  )<br>  )<br>BRANDON SAVALOJA,  )<br>  )<br>            Defendant.  ) | Case No. CR. 10-00192-JAM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release BRANDON SAVALOJA, Case No. CR. 10-00192-JAM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   _X_   Release on Personal Recognizance

   ___   Bail Posted in the Sum of:  $

        ___   Co-Signed Unsecured Appearance Bond

        ___   Secured Appearance Bond

   _X_   (Other) <u>Conditions as stated on the record.</u>

   _X_   (Other) <u>Defendant ordered to be released on 3/7/11 before 12:00 PM to the custody of Pretrial services officer for transport to The Effort drug treatment program</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  <u>Sacramento, CA</u>  on  <u>3/4/2011</u>  at  2:25 pm.

By *[signature]*

Edmund F. Brennan
United States Magistrate Judge