LINDSAY ANNE WESTON
Attorney  State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

Attorney for Defendant
BRANDON SAVALOJA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   vs.<br><br>BRANDON SAVALOJA,<br><br>             Defendant. | Case No.: CR S-10-192  JAM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |

   It is hereby stipulated and agreed to between the United States of America through Assistant United States Attorney Daniel McConkie, and defendant, BRANDON SAVALOJA, by and through his counsel, Lindsay Anne Weston, that the status conference in this matter currently scheduled for Tuesday, January 17, 2012, at 9:30 a.m. be continued to February 14, 2012, at 9:30 a.m.

   This continuance is requested by the defense to allow defense counsel sufficient time to consult with Mr. Savaloja and counsel for the government in efforts to resolve the case by a negotiated plea. Undersigned defense counsel was appointed on November 29, 2011, after previous counsel was relieved by the Court due to a conflict of interest. Defense counsel has reviewed the more than seven hundred pages of discovery, met with the defendant, and reviewed

PDF created with pdfFactory trial version www.pdffactory.com

the case file. Although the parties anticipate a settlement of the case, defense counsel requests additional time to complete negotiations or to prepare the case for trial.

   IT IS FURTHER STIPULATED that the period from January 17, 2012, through and including February 14, 2012 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4 (preparation of counsel), and that the ends of justice served in granting the continuance and allowing the defendant further reasonable time to prepare, taking into account the exercise of due diligence, outweigh the best interests of the public and the defendant in a speedy trial.

Dated:  January 12, 2012                  Respectfully submitted,

                                          */s/Lindsay Anne Weston*
                                          _____
                                          LINDSAY ANNE WESTON
                                          Attorney for Defendant
                                          BRANDON SAVALOJA

Date: January 12, 2012                    BENJAMIN B. WAGNER
                                          United States Attorney

                                           */s/ Daniel S. McConkie*
                                          _____
                                          DANIEL S. MCCONKIE
                                          Assistant United States Attorney
                                          Attorney for the Plaintiff

                         **ORDER**

IT IS SO ORDRED.

Dated:  1/12/2012                         /s/ John A. Mendez_____
                                          JOHN A. MENDEZ
                                          United States District Judge

- 2

PDF created with pdfFactory trial version www.pdffactory.com