LINDSAY ANNE WESTON
Attorney State Bar #73132
P.O. Box 74310
Davis, CA 95616
(530)756-7774

Attorney for Defendant
BRANDON SAVALOJA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.: CR S-10-192-JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| vs. ) | AND EXCLUDING TIME |
| ) | |
| BRANDON SAVLOJA, ) | |
| ) | |
| Defendant ) | |

It is hereby stipulated and agreed to between the United States of America of America through Assistant United States Attorney Daniel McConkie, and the defendant, BRANDON SAVALOJA, by and through his counsel, Lindsay Anne Weston, that the status conference in this matter currently scheduled for February 14, 2012, at 9:30 a.m. be continued to March 6, 2012, at 1:30 p.m.

This continuance is requested by both parties. The parties are in negotiations to resolve the matter by a plea agreement. The defense needs more time to supply the government with additional documentation in order to reach a plea agreement. Further, it was just learned there is a recorded statement of the defendant which the government is now seeking to obtain and which needs to be reviewed by both parties.

IT IS FURTHER STIPULATED that the period from February 14, 2012, through and including March 6, 2012, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4 (preparation of counsel), and that the ends of justice served in granting the continuance and

[**Summary of pleading**] - 1

PDF created with pdfFactory trial version www.pdffactory.com

allowing the defendant further reasonable time to prepare and the parties to review recently discovered evidence, taking into account the exercise of due diligence, outweigh the best interests of the public and the defendant in a speedy trial.

Dated: February 9, 2010				Respectfully submitted,

						*/s/Lindsay Anne Weston*

						_____
						LINDSAY ANNE WESTON
						Attorney for Defendant
						BRANDON SAVALOJA

Dated: February 9, 2010				BENJAMIN B. WAGNER
						United States Attorney

						*/s/ Daniel S. McConkie*

						_____
						DANIEL S. MCCONKIE
						Assistant United States Attorney
						Attorney for the Plaintiff

### ORDER

IT IS SO ORDERED.

Dated:   2/10/2012			/s/ John A. Mendez_____
					JOHN A. MENDEZ
					United States District Judge

[**Summary of pleading**] - 2

PDF created with pdfFactory trial version www.pdffactory.com