```
LINDSAY ANNE WESTON
Attorney State Bar #73132
P.O. Box 74310
Davis, CA 95616
(530)756-7774

Attorney for Defendant
BRANDON SAVALOJA
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.: CR S-10-192-JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| vs. ) | AND EXCLUDING TIME |
| ) | |
| BRANDON SAVLOJA, ) | |
| ) | |
| Defendant ) | |

It is hereby stipulated and agreed to between the United States of America of America through Assistant United States Attorney Daniel McConkie, and the defendant, BRANDON SAVALOJA, by and through his counsel, Lindsay Anne Weston, that the status conference in this matter currently scheduled for March 6, 2012, at 1:30 p.m. be continued to March 27, 2012, at 9:30 p.m.

This continuance is requested by defense. The parties are in negotiations and intend to resolve the matter by a plea agreement. The defense just supplied the government with additional documentation in order to reach a plea agreement. Further, the government recently provided a newly discovered more than 30 minute recorded statement of the defendant which may impact the plea agreement. The defense requests an additional three weeks time in order to review the recorded statement with the defendant and to continue plea negotiations.

IT IS FURTHER STIPULATED that the period from March 6, 2012, through and including March 27, 2012, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

1  T4 (preparation of counsel), and that the ends of justice served in granting the continuance and
2  allowing the defendant further reasonable time to prepare and the parties to review recently
3  discovered evidence, taking into account the exercise of due diligence, outweigh the best
4  interests of the public and the defendant in a speedy trial.

5  Dated: March 2, 2010                    Respectfully submitted,

6                                          */s/Lindsay Anne Weston*

7                                          _____
8                                          LINDSAY ANNE WESTON
                                           Attorney for Defendant
9                                          BRANDON SAVALOJA

10 Dated: March 2, 2010                    BENJAMIN B. WAGNER
                                           United States Attorney
11

12                                         */s/ Daniel S. McConkie* by Lindsay Weston

13                                         _____
                                           DANIEL S. MCCONKIE
14                                         Assistant United States Attorney
                                           Attorney for the Plaintiff
15

16                                         **ORDER**

17 IT IS SO ORDERED.

18 Dated:   3/5/2012                       /s/ John A. Mendez
19                                         JOHN A. MENDEZ
                                           United States District Judge
20

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com