BENJAMIN B. WAGNER
United States Attorney
DANIEL S. McCONKIE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2725

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 10-192 JAM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| BRANDON SAVALOJA, | |
| Defendant. | |

The parties request that the status conference currently set for Tuesday, March 27, 2012 at 9:30 a.m., be continued to Tuesday, April 17, 2012 at 9:30 a.m., and stipulate that the period of time between and including those dates should be excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.

The parties are still actively involved in pre-trial negotiations and discussing possible resolutions.  Furthermore, the parties are jointly investigating the defendant's role in the offense in light of recent discoveries.  The parties expect the case to resolve very soon.

Accordingly, the parties believe that the continuance should be excluded from the calculation of time under the Speedy Trial Act.

1

1  The additional time is necessary to ensure effective preparation,
2  taking into account the exercise of due diligence.  18 U.S.C. §
3  3161(h)(7)(B)(iv) and Local Code T4.  The interests of justice served
4  by granting this continuance outweigh the best interests of the
5  public and the defendant in a speedy trial.  18 U.S.C. §
6  3161(h)(7)(A).

                                          Respectfully Submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

                                          */s/ Daniel S. McConkie*
                                          DANIEL S. McCONKIE
DATED: March 23, 2012        By:  Assistant U.S. Attorney



                                          */s/ Daniel S. McConkie* for
DATED: March 23, 2012        By:  LINDSAY ANNE WESTON
                                                Attorney for the Defendant
                                                by telephonic authorization

## **ORDER**

17       The status conference currently set for Tuesday, March 27, 2012
18  at 9:30 a.m. is continued to Tuesday, April 17, 2012 at 9:30 a.m.,
19  and the time period between and including those dates is excluded
20  from the calculation of time under the Speedy Trial Act in accordance
21  with 18 U.S.C. § 3161 and Local Code T4.  The Court finds that the
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: 3/26/2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge