```
BENJAMIN B. WAGNER
United States Attorney
DANIEL S. McCONKIE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2725
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  10-192 JAM |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| v. ) | |
| BRANDON SAVALOJA, ) | |
| Defendant. ) | |

    The parties request that the status conference currently set for Tuesday, April 17, 2012 at 9:30 a.m., be continued to Tuesday, May 1, 2012 at 9:30 a.m., and stipulate that the period of time between and including those dates should be excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.

    The parties have nearly concluded all investigation and pre-plea negotiations.  The parties expect that the defendant will plead guilty at the next court appearance.

    Accordingly, the parties believe that the continuance should be excluded from the calculation of time under the Speedy Trial Act. The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §

1

3161(h)(7)(B)(iv) and Local Code T4.  The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                  Respectfully Submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney

                                  */s/ Daniel S. McConkie*
                                  DANIEL S. McCONKIE
DATED: April 16, 2012        By: Assistant U.S. Attorney


                                  */s/ Daniel S. McConkie* for
DATED: April 16, 2012        By: LINDSAY ANNE WESTON
                                  Attorney for the Defendant
                                  by telephonic authorization

## **ORDER**

    The status conference currently set for Tuesday, April 17, 2012 at 9:30 a.m. is continued to Tuesday, May 1, 2012 at 9:30 a.m., and the time period between and including those dates is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4.  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: April 16, 2012                     /s/ John A. Mendez
                                         United States District Judge