1  LINDSAY ANNE WESTON
   Attorney State Bar #73132
2  P.O. Box 74310
   Davis, CA 95616
3  (530)756-7774

4  Attorney for Defendant
   BRANDON SAVALOJA

5

6              UNITED STATES DISTRICT COURT

7              EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA          )  Case No.: CR S-10-192-JAM
                                     )
10          Plaintiff,               )  STIPULATION AND ORDER
                                     )  CONTINUING SENTENCING HEARING
11     vs.                           )  AND SETTING MODIFIED BRIEFING
                                     )  SCHEDULE RE PSR AND OBJECTIONS
12 BRANDO SAVALOJA,                  )
                                     )
13          Defendant                )
   _____   )

14

15      It is hereby stipulated and agreed to between the United States of America of America

16 through Assistant United States Attorney Daniel S. McConkie , and the defendant,  Brandon

17 Savaloja by and through his counsel, Lindsay Anne Weston, that the sentencing hearing

18 scheduled for August 21, 2012, at 9:45 be continued to October 2, 2012, at 9:45, and that the

19 Court adopt the following revised schedule for objections to the pre-sentence report:

20 Written objections to the draft pre-sentence report:          September 4, 2012

21 Disclosure of pre-sentence report:                            September 11, 2012

22 Motion for correction of PSR                                  September 18, 2012

23 Reply or statement of non-opposition                          September 25, 2012.

24      This request is made by the defense. Defense counsel needs additional time to confer

25 with the defendant, address complicated factual issues, and address a possible guideline range

26 objection. During the period of time previously set for filing informal objections to the draft pre-

27 sentence report, defense counsel was engaged in handling a family crisis involving her minor

28

- 1 -

1  child which required significant time away from work and made it difficult to timely provide

2  informal objections to the probation officer and to counsel for the government.

3

4  Dated: August 10, 2012                    Respectfully submitted,

5                                            */s/Lindsay Anne Weston*

6                                            _____

7                                            LINDSAY ANNE WESTON
                                             Attorney for Defendant

8                                            BRANDON SAVALOJA

9

10 Dated: August 10, 2012                    BENJAMIN B. WAGNER
                                             United States Attorney

11
                                             */s/ Daniel S. McConkie*

12                                           _____

13                                           DANIEL S. MCCONKIE
                                             Assistant United States Attorney

14                                           Attorney for the Plaintiff

15
                                    **ORDER**
16

17         **IT IS SO ORDERED**.

18

19 Dated:  8/14/2012

20                                           /s/ John A. Mendez_____
                                             JOHN A. MENDEZ
                                             United States District Court Judge

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com