1  LINDSAY ANNE WESTON
   Attorney State Bar #73132
2  P.O. Box 74310
   Davis, CA 95616
3  (530)756-7774

4  Attorney for Defendant
   BRANDON SAVALOJA

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA      ) Case No.: CR S-10-192-JAM
                                 )
10         Plaintiff,            ) STIPULATION AND ORDER SETTING
                                 ) MODIFIED BRIEFING SCHEDULE TO
11     vs.                       ) ACCEPT LATE SENTENCING
                                 ) MEMORANDUM
12 BRANDO SAVALOJA,              )
                                 )
13         Defendant             )
                                 )
14

15      It is hereby stipulated and agreed to between the United States of America of America

16 through Assistant United States Attorney Daniel S. McConkie , and the defendant,  Brandon

17 Savaloja by and through his counsel, Lindsay Anne Weston, that the Court accept defendant's

18 sentencing memorandum which was filed late on September 21, 2012, rather than September 18,

19 2012.  The parties request the sentencing date of October 2, 2012, at 9:30, remain the same and

20 the date for reply or statement of non-opposition to the PSR, September 25, 2012, remain the

21 same.

22

23 ////

24

25 ////

26

27 ////

28

                                   - 1

PDF created with pdfFactory trial version www.pdffactory.com

This request is made by the defense. Informal objections were timely filed but defendant's sentencing memorandum took more time to draft than counsel anticipated. The defendant is in custody and the parties are prepared to proceed for sentencing on October 2, 2012.

Dated: September 25, 2012             Respectfully submitted,

                                      */s/Lindsay Anne Weston*

                                      _____
                                      LINDSAY ANNE WESTON
                                      Attorney for Defendant
                                      BRANDON SAVALOJA


Dated:  September 25, 2012            BENJAMIN B. WAGNER
                                      United States Attorney

                                      */s/ Daniel S. McConkie* by Lindsay Weston
                                      _ _____
                                      DANIEL S. MCCONKIE
                                      Assistant United States Attorney
                                      Attorney for the Plaintiff

## ORDER

**IT IS SO ORDERED**.

Dated:  9/25/2012                     /s/ John A. Mendez_____
                                      JOHN A. MENDEZ
                                      United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com