1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LEXI P. NEGIN, #250376
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  BRANDON SAVALOJA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 10-cr-192 JAM |
|---|---|
| Plaintiff, | ) ORDER REGARDING COMPETENCY |
| | ) EVALUATION  AND TREATMENT |
| v. | ) |
| | ) Date:    September 1, 2015 |
| BRANDON SAVALOJA, | ) Time:    9:15 a.m. |
| | ) Judge:  Hon. John A. Mendez |
| Defendant. | ) |
| | ) |

ORDER

The parties appeared before the Court on September 1, 2015.  Defense counsel declared a doubt regarding Defendant's mental competency under 18 U.S.C. § 4241(a).  The Court finds that reasonable cause exists to believe that Mr. Savaloja may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  The Court orders that Mr. Savaloja be committed to the custody of the Attorney General for placement in a suitable facility for a psychiatric or psychological examination and treatment under the provisions of 18 U.S.C. § 4247(b) and (c) and § 4241.

/ / /

/ / /

/ / /

The Court recommends that Mr. Savaloja be placed in either MCFP Springfield, or Butner, North Carolina, but only if those facilities have the space availability and meet the security classification for the defendant.

DATED: September 1, 2015

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge